UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE: Mark and Julie Hatt　　　　　　　　　　　　　Case No. 10-63525-swr

　　　　　　　　　　　　　　　　　　　　　　　　　　Hon. Steven W. Rhodes

　　　　　　　　　　　　　　　　　　　　　　　　　　CHAPTER 13

_____/

OBJECTION TO PROOF OF CLAIM OF BAC Home Loans Servicing, LP et al..

　　　Now come the Debtors Mark and Julie Hatt, by and through their attorney, Jesse R. Sweeney, and hereby bring this Objection to Proof of Claim against BAC Home Loans Servicing, LP et al.., which is listed in this case as clam number 4 and states as follows:

1. That the BAC Home Loans Servicing, LP et al. filed a Secured Claim in this matter but the lien has been stripped in an adversary proceeding. Moreover, the claim cannot be paid as an unsecured claim as the unsecured portion was discharged in the Debtor's prior Chapter 7 bankruptcy case.

WHEREFORE Debtor prays that the Objection be sustained and that the claim be stricken in its entirety.

　　　　　　　　　　　　　　　　　　　　　　　　　　Respectfully Submitted,


DATE:_January 19, 2011_____　　　　　　　　　　　/s/ Jesse R. Sweeney
　　　　　　　　　　　　　　　　　　　　　　　　　　Jesse R. Sweeney (P60941)
　　　　　　　　　　　　　　　　　　　　　　　　　　Sweeney Law Offices, P.L.L.C.
　　　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Debtor
　　　　　　　　　　　　　　　　　　　　　　　　　　29777 Telegraph, Suite 2500
　　　　　　　　　　　　　　　　　　　　　　　　　　Southfield, MI 48034
　　　　　　　　　　　　　　　　　　　　　　　　　　Sweeneylaw2005@yahoo.com
　　　　　　　　　　　　　　　　　　　　　　　　　　(586) 909-8017

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE: Mark and Julie Hatt                               Case No.10-63525-swr

                                                                                  Hon. Steven W. Rhodes

                                                                                  CHAPTER 13

_____/

<u>ORDER SUSTAINING OBJECTION TO PROOF OF CLAIM OF BAC Home Loans Servicing, LP et al..</u>

      Upon the reading and filing of Attorney for Debtors, JESSE R. SWEENEY's    Objection to Proof of Claim and no responses having been filed to the said Objection, and a Certificate of No Response having been filed with this Court;

      IT IS HEREBY ORDERED:

      a.      That Debtor's Objection to Proof of Claim is sustained as to claim number 4, the claim stricken in its entirety  and the Chapter 13 Trustee shall not be required to return or recoup any funds already remitted to this creditor.


DATED:                                                                    _____
                                                                    Honorable Steven W. Rhodes

IN RE: Mark and Julie Hatt                          Case No. 10-63525-swr

                                                             Hon. Steven W. Rhodes

                                                             CHAPTER 13

_____/

NOTICE OF OBJECTION TO PROOF OF CLAIM FILED BY BAC Home Loans Servicing, LP et al..

     JESSE R. SWEENEY, Attorney for Debtor(s), has filed papers with the Court objecting to a Proof of Claim.

     **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

     PLEASE TAKE NOTICE that the attached Objection is scheduled to be heard on March 9, 2011 at 1:30 PM by the **Honorable Steven W. Rhodes** on the 18th Floor in **room 1825** of the **Comerica Building located at 211 W. Fort Street, Detroit, Michigan 48226**, or as soon thereafter as counsel may be heard.

     If you do not want the Court to award the requested relief, or if you want the court to consider your views on the Objection, on or before 7 days prior to the hearing date above, you or your attorney must:

1.     File with the court a written response or an answer, explaining your position at:

                       United States Bankruptcy Court
                       211 W. Fort Street, Suite 2100
                       Detroit, MI 48226

     If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

     You must also mail a copy to:

| | |
|---|---|
| SWEENEY LAW OFFICES, P.C. | Chapter 13 Standing Trustee Krispen Carroll |
| Jesse R. Sweeney | 719 Griswold Street, 1100 Dime Bldg |
| Attorney for Debtor(s) | Detroit, MI 48226 |
| 29777 Telegraph, Suite 2500 | |
| Southfield, MI 48034 | |

     **If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection, and may enter an order granting that relief.**

DATE: January 19, 2011                                        /s/ Jesse R. Sweeney
                                                                           Jesse R. Sweeney (P60941)
                                                                           Sweeney Law Offices, P.L.L.C.
                                                                           Attorney for Debtor
                                                                           29777 Telegraph, Suite 2500
                                                                           Southfield, MI 48034
                                                                           Sweeneylaw2005@yahoo.com
                                                                           (586) 909-8057

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re: Mark and Julie Hatt　　　　　　　　　　　　Case No. 10-63525-swr

　　　　　　　　　　　　　　　　　　　　　　　　Hon. Steven W. Rhodes

　　　　　　　Debtor(s),
　　　　　　　　　　　　　　　　　　　　　　　　Chapter 13

## CERTIFICATE OF SERVICE

　　The undersigned declares that on January 19, 2011, he served copies of the Debtors Objection to Claim of BAC Home Loans Servicing, LP et al.., and the Notice of Objection and Hearing either electronically or by depositing the same in the United States Mail, postage fully prepaid, and addressed as follows:

| | |
|---|---|
| Chapter 13 Standing Trustee Krispen Carroll<br>719 Griswold Street, 1100 Dime Bldg<br>Detroit, MI 48226 | U.S. Trustee<br>211 W. Fort Street, Ste. 700<br>Detroit, MI 48226 |
| BAC Home Loans Servicing, LP et al.<br>Mail Stop: CA6-919-01-23<br>BK- Dept. 400 National Way<br>Simi Valley, CA 93065 | All Creditors listed on attached pages |

　　　　　　　　　　　　　　　　　　　　　　/S/　Jesse R. Sweeney
　　　　　　　　　　　　　　　　　　　　　　JESSE R. SWEENEY

JESSE R. SWEENEY
Attorney for Debtor(s)
29777 Telegraph, Suite 2500
Southfield, MI 48034
Sweeneylaw2005@yahoo.com
(586)909-8017